[Handwritten document largely illegible - appears to be a pro se filing in the U.S. District Court, Western District of Texas, San Antonio Division, filed April 14, 2023, case number SA23CA0509 OLG.]

[Handwritten page — best-effort transcription]

2K0/N/K mu/1/78/C7/ as above p:1 /10/23409994 /1/18196097204610[28] /8380643869032:10[30]

V.1                              ch3r/14                                                     /05/2C/

p#1 "Who/won/in/the/hell/was/involved/in/me/being/chemically/assaulted/then/ kidnapped/the/day/he/a/two/District officials/from/Bremond,TX/, this/includes/ days/before/and after/that/initial/arrest/and/days/after/the/second/ kidnapping/from/VT's/Bowling/Alley/also/in/on/Guadalupe/St./78704/, as center per vingule: 4/14/14/18(37598:110AS224/a:35975/12/13524/2)/em/18, 21y/ /18(10A5724/a:891808:2139b/13524/2) /Y(110AS224/a:375749:6551367/175/u2 /18(110AS224/a:375798:35575/12/13524/2)/8(110AS220/a:375798:5551201/1352/17)

        5551203/                "   "                  7791585/1/
        5551204/                "   "                  7791590/4/
        7351510/                "   "                  1035211/2/
        738/512/81/             "   "                  1035211/6/
        7351573/71/             "   "                  1035211/9/71/
        7351811/2/              "   "                  103:2118/2/
        1131597832/3/           "   "                  319465/5/
        1131523327/4/13524/2)   "   "                  31547?0/
        7y11b./                 "   "                  319462/2/
        4751001/2/              "   "                  31467/2/
        4771038/2/              "   "                  11/8:23/
        4359/3/2/               "   "                  109/2734/
        7751587/2/              "   "                  109/2735/
        11312314/5/             "   "                  109/2736/
        11312315/5/             "   "                  109/5237/3/135124)
        11312319c/              "   "                  113B1339A/
        435953/                 "   "                  4351957/
        435951/                 "   "                  4359581/
        135241/                 "   "                  135244/
        1091/3224/              "   "                  46153/
        7151445/31/             "   "                  951951/2/
        466/8/2/                "   "                  95/1959/
        9051837/                                       951957/

p:a minute d/harany and a math/ of the duration of both kidnapping (2weeks)/ pm primary org involved /pm pen for tenkering/pm with of kesley/pm vingule/pm remy of loss/10/5/H.78701/ /2/K/V/ Robert Dolman 15 D/78712/ Travis/County/ Property and Evidence/1/1/ E. Mention Luther King/, District, TX/ as center on 10/14 p:1 10580138077943440[18] /529006903897/7:10[20]

p#2 "Who/was/tricked/into/or/believe/that they/had custody/of/me/ as center p:1 2uK/n/1/mu/178107/ app BC/W/ p:1   ,as of the Ponzi-scheme, as center p:1 "Who/won/the/assumed/agency/of/me /as of the ponzi p:1 /u b/1, 15/4u,14/13

118(433911:7731581/2:26:583/204/135242) 118(433911:7731581/2:26:1093734/135242)

" 1511/ " " 1093775/ "
" 9531959/ " " 1093776/ "
" 9531951/2/135242) " 1093787/3/ "
" 71 " " 11/3:23/ "
" 113/3533341D/135242) " 113/3533342D/135242)
" 113/3533913/6/135242) " 453955/ "
" 453958/ " " 453951/ "
7 521785725V4·10[28] 453960/ 77 453957/ 7
BCDDC 15/2 12/3

pro as [illegible], pro [illegible] of authority, pro [illegible] of authority, pro [illegible]

3. USDC/[illegible]: as above p.i/ 4: [illegible]: as USDC, p.i/

5. [illegible]: O.L.Garcia / R.B.Farrar / X/Rodriguez / J.W.Williams / T.Diaz /

as USDC p.i/; 6, 7, 11, 11[4], 1/18(135246:413872/2:635134/6/2/135242)

/18(135246:413872/2:413873/135242) 118(135246:413872/2:413876/135242)
" 413879/2/135242) " 1035714/3/135242)
" 433911/ " " 473/018/2/ "
" 433912/ " " 473/028/4/ "
" 473/031/ " " 473/038/2/ "
" 473/00/2/ " " 135241/ "
" 473/002/ " " 15/2/ "

pro as USDC / pro [illegible] 1331474166·10[14]

6. [illegible]: as USDC, p.i/ 7. [illegible]: as USDC, p.i/

II Bexar County Adult Detention Center as above p.i/
200 N. Comal / 78207/

III 4 [illegible]: [illegible] 1[4] 1/18(1013207512:1013207113:135241/135246) 303884

118(1013207512:1013207173:135246/135242) 118(1013207112:1013207119:3517512/135242)
" 7731885/4/135242) " 5531803/ "
" 3773792/2/ " " 3537571/2/135242)

IV A. Dwelling Center / as above p.i/ 200 N Comal / 78207 / as BCADC p.i/

B. Def[4]: whoever in the Hell was Involved in me being Chemically/ assaulted/ molested, then kidnapped the day/ of/ [illegible] / Boston/ from/ Brenham, TX / days before [illegible] of days after the Second [illegible]/ @ UT's Bowling Alley on Guadalupe St/ Austin TX / 78704 (?): as above p. [illegible] p.i/.

Travis County [illegible] / 10451 / 78701 / Property Evidence / E. [illegible] / 2601 N Robert Dedman / Dr. / 78712 / as D[41]

118(135246:9515213:6351346/2/1352412) 118(135246:95152/3:4751028a/135242)
4751001/2/ 355751/2/
4751002/ 375792/2/
4751018/2/ 1195251/5/135242)
4751028/4/ 135241/
4751031/ 113B5233213/
7351506/4/ 113B5233274/135242)
7351505/3/ 113B5233214/
7351509/ 375794/
7351510/ 8851801/
7351511/2/ 110D5226a/
7351512/3/ 435911/
7351513/3/ 4359113/2/
5551201/ 435912/
5551203/ 7751585/4/
5551204/ 7751590/4/
10152071/3/ 4751038/2/
10152073/7/ 4751029/2/
9351[illegible]4/3/ 4751030/2/
85121 12/3/

per minute husband as hostage / per person for hunting / per as USDC, per angels 220144 [illegible] / as DEMIC, p: / 16732242624·$10^{22}$

I. A. y45/: as USDC

B. 1. unknown : as USDC

2, [illegible] contract as above p: /, [illegible] : as SD p: /

D.4: Stream [illegible] : 20y/14y3 / 18(6351346/2:335709/2:335712/4/135242)

118(6351346/2:335709/2:135244/135242) 118(6351346/2:335709/2:335701/3/135242)
7351511/2/ 335713/3/135242)
7351510/ 335716/2/
4751001/2/ 4751038/2/
4751028/4/ 4751040/2/
6351342/2/ 6351342/3/
6351343/3/135242) 12/3/

per use, per person of incompetence USC, per debtor for influence / per minute hostage for influence / per citizen to influence / per felony for angels 300928092·$10^{22}$

Javier Schwarzer : 2y 3y /10y14y3 /118(435911:435912:4350(312/135242)/criminal omission 34(1018(0211:1015C10/3:1215C7p1D/9/4:1215C7p1B/4):18 pt2/31/10/14)/

18(435911:7751581/2:26.435912/135242) 118(435911:7751581/2:26:4359112/135242)
7351611/2/ 7351805/4/
7351504/4/ 7351500/
7351512/3/ 355751/2/
7351513/3/ 375792/2/
7751585/4/135242): 5551201/
7751590/4/ 5551203/

actlomis: as center

Def #2: Whoever thinks/ever has believed that they have custody/jurisdiction/custody of me for any fucking reason!, as above, cante pil 200 N. Comal 78207 as Bexar, BCADC, pil

actlomis: as center

Def #3: Whoever has assumed IPOD as agency of this Ponzi Scheme of me! as cante, pil astro, cante pil 200 N. Comal 78207 as BCADC, cante pil

Def #4: Bexar County North actlomis: as center

II. Where: from Southest Windcrest, to Bremon, to Austin, to San Antonio, to 200 N. Comal 78207

when: September 2021

who/what: After passage members of 202 N. Comal 78207 said that San Antonio Doesn't Want you here, while living in Windcrest!, during many antagonizing moments of the exact same sort, I then began to seek out actual law enforcement in Austin. On the days before my Greyhound bus was scheduled someone of the same passage had shredded my tarpa on my land. This quare nature of the blue commissary bag I had left w/ and the ipod blanket I had, both issued here 200 N. Comal 78207, had been the only things removed of the longbury. I then caught the Charter Greyhound route for Austin, for some reason never went stopped in Austin but went to Bremon, then the Driver called out Austin. Soon realized I was stranded and couldn't contact anyone at all for pickup. I called people leaving messages thinking I was in Austin! Days later I began to search out the relative voices from the radiological devices projecting, seeking their direction!

These voices being of antagonists of possible D/# 1, 2, and 3. listed as: Sylven Femming - "Jambu" Redoux, a Kendrick Harris, a Stacy Mash; in the same a similar black, succurrison, Mini-Suv, that a Pendon Gordon imposter dropped me off in in 2021. I find a Felicia Thames, thinking what is going on, thinking what could be going on I caught after her again for confirmation found my self in Austin! North of UT. at a Korean Bar-B-Que place. Shortly before there on my way there all night I can hear Billy Cooper as if looking for, Katrina Cantu is a ride along, then Heard Lee Redes Sr. when coming up on a set of apartments. Suggestively a "white guy" on patrol there, go-figure! So, at the Korean BBQ I, lay out my mushrooms from foraging on the way there so that they may dry. They are delicate and if under a radiological ~~dispersion~~ dispersion, will go quickly metabolize at temperatures of 90°F and noise! On their own! This became a tell; that I am usually under terroristic assault quite often! I then detect a chemical smell and the air cooled significantly, this before the BBQ place had opened; All I remember is waking up in a pose w/ a pionage member ~~took~~ taking photos of me! Every theory I had just put away was exposed w/m what was in my pockets! I jump up, of course he is startled and then begins to call for "back-up". 2 Brown uniform pions assist effects stolen him in the theft and kidnapping! After a little more than a week of sitting at UT on ~~MLK MLK~~ MLK trying to contact family for extr extraction or assistance, I sent screen shots of GPS and photos of location. Found more mushrooms on UT, was Further

harassed by pronouns shortly after.! "Hmmmm!? Just realized that when I speak to a person I believe is Larry (Igleheart), I end up having to deal w/ pronouns of some sort!!? So I contact my cousin Billy, he tries to set up a pay PayPal and a Cash Cash welcomes app to send me money over the phone! I was on Guadalupe by 23rd @ UT's Bot Bowling alley was waiting for him to call back a money verifying text or something. I had no phone service and was using a Wi-Fi caller for contact! It got late so I put my feet up and dosed off. Woke up to a chemical assault that was was caustic and toxic not a w/ color tracers, which I suffer from time to time here while writing (200 N (one) 78707). I get up from the tables behind the planters and sleep right in front of the doors of this bowling alley!, for security.! I wake up, go inside as it is open, spoke to the girl who opened up. Went inside to wash my face to continue to make contact and was confronted w/ UT "Security". Funny @ first time I seen them it said security on their shirt, this time it said Police!? I am then escorted outside for some reason, never said why! Was burgla burglarized, and molested, kidnapped and trafficed. All effects stolen! Was in Travis County lockup for maybe 16 hours when a young lady comes to speak to me of my "arrest". She asks me if I am of knowledge of my "antagonizers" her words, I said yes. She says she will release me in a few hours, I was on the street in 1 hour 15! So I was released to hunt down my problem according to Federal law of Title IV if offended by criminal acts detrimental to life, liberty or property I can kill! It more than that. Way more than that!!

where: 200 N. Comal 78207
when: For 2 years ongoing
who/what/how: I am held captive by Def #2 and 3 as they refuse to "process" me out! I do not have a cause for occupancy and have demanded my release. I obviously remain unheard. I am said to be incompetent on their computer. So, what there is no for cause for trial in the first place and do not require a formal release due to this being a system of peonage. I am seeking an out right release, ~~damn~~ damn the paper work this shit ain't real... This whole shit is ~~and~~ an obstruction of justice and law enforcement. This makes every detainee a hostage, fuck conviction in a false system but still omissions of amendment 13 any how!
~~Since computer hacking and fraud here is a problem I see no reason for dependance~~
☒ Relief: Since computer hacking and fraud here is a problem I see no reason for dependance
☒ Relief: $ 838,321,770,814,731,465,375,842,495,9117,200,043,038,880,000,000.00 — per minute denial my rights to freedom, life, liberty, and my shit, (effects) (per hour of deprival Relief) per minute w/o due process or denial hearing due to system failures and hackers!
☒ G.B.L. D. Ellery/Lablanc/Canter/ as above jr.!
(Ellery/LaBlanc/Canter) " " " "
ELLERY/LABLANC/CANTER ((structures)) = 10y/4y /
1y4y96/6d2 435911:335712/644       1,18(435911:33,1712,14: 96/6/7/1352112)
1,18(435911:335712/4: (35,241/1352112)       (331846/2/35212)
                 675/025/14/138,992)        1235,272/12/
                 47$1028/21                 1235,2722/
                 47$1030/21                 1495,7511/51
                 42$ 892/                   431134/181/
                 42$ 893/                   4351342/21
                 42$ 894/                   11315/233715/
per as 5112/ per lethal/ per used/ per prison of effect/ per injure   3588,976,660,672. 10"

B. ASSASSINATION / UNINKEROL on above p.1
VIII same; NO/on USMC p.1

23.4.3.11.12.80                    VA1-30D