FILED
May 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ELLERY CARTER, SID #681667, | § |
| | § |
| Plaintiff, | § |
| | § SA-23-CV-00509-OLG |
| v. | § |
| | § |
| UNKNOWN DEFENDANTS, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff Ellery Carter's presumed request to proceed *in forma pauperis* and dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff Ellery Carter's presumed request to proceed *in forma pauperis* is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of section 1915(g).

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is **SO ORDERED**.


**SIGNED** this  2nd  day of May, 2023.

_____
ORLANDO L. GARCIA
United States District Judge